GREGORY M. FOX, ESQ., SBN 70876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA 94109
Telephone: 415.353.0999
Facsimile: 415.353.0990

HARVEY E. LEVINE, Esq. SBN 61880
CITY OF FREMONT
City Attorney's Office
39100 Liberty St.
P.O. Box 5006
Fremont, CA 94537-5006

Attorneys for Defendants CITY OF FREMONT and ANTONIO DELGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON McDERMOTT,<br><br>Plaintiff,<br><br>vs.<br><br>ANTONIO DELGADO, FREMONT POLICE DEPARTMENT, CITY OF FREMONT, DOES 1THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No.: C 06-00372 JSW<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DATE OF CASE MANAGEMENT CONFERENCE AND FILING OF JOINT CASE MANAGEMENT CONFERENCE** |

The parties acting by and through their attorneys stipulate and respectfully request an order continuing the filing dates and initial case management conference one week because of the religious holidays occurring the week of April 10, 2006 and the unavailability of counsel to complete the meet and confer process. The parties have been cooperating to date as evidenced by the agreement on Early Neutral Evaluation which has been ordered by this Court. The parties have also discussed the facts of the case, the documents and witnesses and attempted to narrow the issues for the Court. The parties have also tentatively agreed on a pre-trial and discovery schedule. The parties therefore request that the filing of the joint case management conference statement and initial disclosures be continued from Friday April 14, 2006 to Friday April 21, 2006. And that the

initial case management conference be continued from Friday April 21, 2006 to Friday April 28, 2006.

DATED: 4-14-2006, 2006

BERTRAND, FOX & ELLIOT

By [signature]
Gregory M. Fox
Attorney for Defendants
CITY OF FREMONT and ANTONIO DELGADO

DATED: 4/13, 2006

[signature]
Andrew J. Kopp, Attorney for Plaintiff

Good Cause Appearing the Stipulation is SO ORDERED.

DATED: April 14, 2006

[signature: Jeffrey S. White]
Judge of the Northern District Court