GREGORY M. FOX, ESQ., SBN 70876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA   94109
Telephone:  415.353.0999
Facsimile:   415.353.0990

HARVEY E. LEVINE, Esq. SBN 61880
CITY OF FREMONT
City Attorney's Office
39100 Liberty St.
P.O. Box 5006
Fremont, CA  94537-5006

Attorneys for Defendants CITY OF FREMONT
and  ANTONIO DELGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON McDERMOTT,<br><br>         Plaintiff,<br><br>   vs.<br><br>ANTONIO DELGADO, FREMONT POLICE DEPARTMENT, CITY OF FREMONT, DOES 1 THROUGH 20, INCLUSIVE,<br><br>         Defendants. | Case No.:  C 06-00372 JSW<br><br>**JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER CHANGING TRIAL DATE AND RELATED SCHEDULE FOR ENE AND DISCOVERY**<br><br>Case Management<br>Conference Date:    August 18, 2006<br>Time:                         1:30 p.m.<br>Courtroom:              2, 17th Floor<br>                                  San Francisco, CA<br><br>Honorable Jeffrey S. White |

The parties hereby submit the following Joint Case Management Case Statement and Proposed Order and request the Court to adopt it as its Amended Case Management Order in this case.

Plaintiff McDermott brings suit contending defendant Sgt. Delgado of the Fremont Police Department used unreasonable force when he shot plaintiff once during an altercation in a parking lot in Fremont, California on October 3, 2003. Plaintiff pled guilty to some charges arising from the incident but they apparently did not involve Sgt. Delgado.  Following dismissal of all of the charges related to Sgt. Delgado plaintiff brought suit in the Alameda County Superior Court alleging violations of his federal civil rights and related state torts.  The City removed the case to federal court

and all defendants filed their answer.

The Court held the initial Case Management Conference on Friday, April 28, 2006 and following the CMC issued its Order setting a trial date for April 9, 2007, requiring completion of ENE by August 31, 2006 and setting other time limits on discovery. The parties have completed their initial disclosures. The parties had agreed that conducting ENE before incurring the expense of formal discovery and related pre-trial motion work was the most prudent way to proceed given the facts and circumstances of the case and the plaintiff's limited special damages.

ENE evaluator Wendy Rouder was assigned to conduct the ENE session and the parties conducted their initial scheduling conference call on June 26, 2006. All parties agreed that the ENE would be conducted on August 29, 2006 with all named parties appearing in person as required by the applicable court rules.

Plaintiff's counsel was recently notified that his client, the plaintiff Jason McDermott, has been incarcerated at the end of July for a parole violation with a sentence of approximately 7 months. It's estimated that with good time and other credits he may be released sooner but that is speculative at the present time. Obviously he will not be available to attend the ENE session or otherwise participate in formal discovery until he is released from custody.

The parties have notified the ENE evaluator of this development and she has cancelled the conference room at the federal building that had been reserved for the August 29, 2006 ENE session and further advised the parties that she agrees a court order will be necessary to allow ENE to continue past the cut-off date of August 31, 2006.

The parties, acting by and through their respective counsel respectfully request the Court to amend its Scheduling Order and continue the time for completion of ENE evaluation, trial date and all other related pre-trial discovery and motion time limits until plaintiff is released from custody and is available to personally attend the ENE and formal discovery. The parties therefore respectfully request a continuance of seven months to each and all of the existing ENE, trial and pre-trial dates Ordered by the Court.

JOINT CASE MANAGEMENT STATEMENT AND ~~PROPOSED~~ ORDER

DATED: August 10, 2006                                    BERTRAND, FOX & ELLIOT

                                          By:        /s/
                                                GREGORY M. FOX
                                                Attorney for Defendants CITY OF FREMONT
                                                and ANTONIO DELGALDO

DATED: August 10, 2006

                                                     /s/
                                                ANDREW J. KOPP
                                                Attorney for Plaintiff JASON McDERMOTT

## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: August 10, 2006                                     /s/
                                                GREGORY M. FOX

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Amended Case Management Order for the case and the parties are ordered to comply with this Order. In addition, the Courts orders: that all dates are continued as set forth below.

Dated: August 11, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

The August 18, 2006 Case Management Conference is Continued to Friday, December 1, 2006 at 1:30 p.m.

New dates are set as follows:

Jury Trial Date:  Tuesday, 11/13/07, at 8:30 a.m.

Pretrial Conference:  Monday, 10/22/07, at 2:00 p.m.

Last Day to Hear Dispositive Motions: Friday, 8/10/07 at 9:00 a.m.

Last Day for Expert Discovery:  7/6/07

Last Day for Expert Disclosure: 6/22/07

Close of Non-expert Discovery: 6/8/07