GREGORY M. FOX, ESQ., SBN 70876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA   94109
Telephone:  415.353.0999
Facsimile:   415.353.0990

HARVEY E. LEVINE, Esq. SBN 61880
CITY OF FREMONT
City Attorney's Office
39100 Liberty St.
P.O. Box 5006
Fremont, CA  94537-5006

Attorneys for Defendants CITY OF FREMONT
and  ANTONIO DELGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON McDERMOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTONIO DELGADO, FREMONT POLICE DEPARTMENT, CITY OF FREMONT, DOES 1 THROUGH 20, INCLUSIVE,<br><br>    Defendants. | Case No.:  C 06-00372 JSW<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER CONTINUING TIME TO COMPLETE ENE**<br><br>Case Management<br>Conference Date:    December 1, 2006<br>Time:                         1:30 p.m.<br>Courtroom:              2, 17th Floor<br>                                  San Francisco, CA<br><br>Honorable Jeffrey S. White |

   The parties hereby submit the following Joint Case Management Case Statement.  This case has been delayed since August of 2006 because of plaintiff's incarceration.  At the request of the parties, filed as part of the last Joint Case Management Conference Statement for the August 18, 2006 Case Management Conference, this Court cancelled the August 18, 2006 Case Management Conference and issued revised trial and pretrial dates and scheduling Order dated August 11, 2006.

   Plaintiff has been recently released from custody. The parties are therefore now ready to proceed with ENE, discovery and related matters.

   Because the revised August 11, 2006 Order did not include a change of the original August 31, 2006 date to complete ENE  the parties again respectfully request the Court amend its original Order and issue a new Order allowing  for ENE to be completed on or before January 30, 2007.  ENE

could not be completed by the end of August 2006 because of plaintiff's incarceration. Now that he is released he is able to attend the ENE.

Plaintiff McDermott brings suit contending defendant Sgt. Delgado of the Fremont Police Department used unreasonable force when he shot plaintiff once during an altercation in a parking lot in Fremont, California on October 3, 2003. Plaintiff pled guilty to some charges arising from the incident but they apparently did not involve Sgt. Delgado. Following dismissal of all of the charges related to Sgt. Delgado plaintiff brought suit in the Alameda County Superior Court alleging violations of his federal civil rights and related state torts. The City removed the case to federal court and all defendants filed their answer.

The Court held the initial Case Management Conference on Friday, April 28, 2006 and following the CMC issued its Order setting a trial date for April 9, 2007, requiring completion of ENE by August 31, 2006 and setting other time limits on discovery. The parties completed their initial disclosures. The parties had agreed that conducting ENE before incurring the expense of formal discovery and related pre-trial motion work was the most prudent way to proceed given the facts and circumstances of the case and the plaintiff's limited special damages.

ENE evaluator Wendy Rouder, Esq. was assigned to conduct the ENE session and the parties conducted their initial scheduling conference call on June 26, 2006. All parties agreed that the ENE would be conducted on August 29, 2006 with all named parties appearing in person as required by the applicable court rules.

As discussed above, plaintiff's counsel was then notified that his client, the plaintiff Jason McDermott, has been incarcerated at the end of July for a parole violation with a sentence of approximately 7 months. Because of his incarceration he was not available to attend the ENE session or otherwise participate in formal discovery.

The parties notified the ENE evaluator of this development and she cancelled the conference room at the federal building that had been reserved for the August 29, 2006 ENE session and further advised the parties that she agreed that a court order will be necessary to allow ENE to continue past the cut-off date of August 31, 2006.

The parties, acting by and through their respective counsel respectfully requested the Court to

amend its Scheduling Order and continue the time for completion of ENE evaluation, trial date and all other related pre-trial discovery and motion time limits until plaintiff is released from custody and is available to personally attend the ENE and formal discovery. The Court granted the parties' request, cancelled the last scheduled CMC and issued a new trial date and scheduling order dated August 11, 2006. There is still a need for an Order allowing additional time for the ENE and the parties request additional time until the end of January 2007 to complete the ENE session.

DATED: November 17, 2006                         BERTRAND, FOX & ELLIOT


                                         By:  _____/s/_____
                                              GREGORY M. FOX
                                              Attorney for Defendants CITY OF FREMONT
                                              and ANTONIO DELGALDO

DATED: November 17, 2006


                                              _____/s/_____
                                              ANDREW J. KOPP
                                              Attorney for Plaintiff JASON McDERMOTT


**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: November 17, 2006
                                              _____/s/_____
                                              ANDREW J. KOPP

**ENE COMPLETION DATE ORDER**

Good cause appearing the request of the parties is granted and it's SO ORDERED that ENE in the above captioned matter shall be completed on or before January 30, 2007.

The Case Management Conference Set for December 1, 2006 is VACATED.  The parties shall appear for a further case management conference on April 6, 2007, and shall submit a joint case management conference statement updating the Court on the progress of the case by March 30, 2007.

Dated:   November 20, 2006                            _____

UNITED STATES DISTRICT COURT JUDGE

4

JOINT CASE MANAGEMENT STATEMENT for 12-01-06 CMC and Proposed Order