GREGORY M. FOX, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, CA  94109
Telephone:  (415) 353-0999
Facsimile:   (415) 353-0990

HARVEY E. LEVINE, State Bar No. 61880
CITY ATTORNEY, CITY OF FREMONT
39100 Liberty Street
PO Box 5006
Fremont, CA 94537


Attorneys for Defendants
CITY OF FREMONT, FREMONT POLICE DEPARTMENT
AND ANTONIO DELGADO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON McDERMOTT,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANTONIO DELGADO, FREMONT POLICE DEPARTMENT AND CITY OF FREMONT, DOE POLICE OFFICERS 1 THROUGH 10, individually and in their capacity as members of the Police Department for the City of Alameda,<br><br>          Defendants. | Case No.  C 06-00372  JSW<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>F.R.C.P. 41 (a)(1) |

It is hereby stipulated by and between the parties to this action through their designated counsel that pursuant to the Agreement between the parties that the above-captioned matter be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1). Plaintiff Jason McDermott dismissed with prejudice defendants Antonio Delgado, Fremont Police Department and the City of Fremont.  Each side to bear their own fees and costs.

**STIPULATION OF DISMISSAL  AND PROPOSED ORDER**
*McDermott  v. City of Fremont, et al.* [Case No. C 06-00372 JSW]                                                                  1

So Stipulated:

DATED: January 22, 2007              By: _____/s/_____
                                          Andrew J. Kopp Attorney for Plaintiffs


DATED: January 22, 2007              By: _____/s/_____
                                          Gregory M. Fox
                                          Bertrand, Fox & Elliot
                                          Attorneys for defendants City of Fremont et al

### ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.

Dated: January 22, 2007                   _____/s/_____
                                              GREGORY M. FOX



### ORDER

Good Cause appearing the Stipulation is So Ordered and the entire Action is dismissed with prejudice, each side to bear their own fees and costs.


Dated: February 13, 2007                  _____/s/ Jeffrey S. White_____
                                              Judge of the District Court


**STIPULATION OF DISMISSAL AND PROPOSED ORDER**
*McDermott v. City of Fremont, et al.* [Case No. C 06-00372 JSW]                    2